# EXHIBIT 2

| US7477876B2 | ZTE Mobile Phones implementing 5G capabilities, including, but not limited to, Axon 30, Axon 30 Ultra, Axon 20 5G, and Blade X1 5G (collectively, "accused products") |
|---|---|
| **1Pre.**    A method for transmitting channel quality information in a wireless communication system comprising at least one base station and at least one mobile station, the method comprising: | The accused products practice a method for transmitting channel quality information in a wireless communication system comprising at least one base station and at least one mobile station.<br><br>ZTE offers wireless handsets and networking products in the US. ZTE provides mobile devices, for example, ZTE Axon 30, that support 5G mobile network connectivity.<br><br>For example, ZTE Axon 30 comprises of 5G supported Qualcomm Snapdragon 870 processor along with the Qualcomm Snapdragon X55 5G Modem-RF system for transmission of signals (i.e., Channel Quality Information), as shown in Fig. 1 and  Fig. 2. |

**Citation 1: ZTE Axon 30 Chipset Specifications**

# ZTE Axon 30

Next Gen Vision



| Chipset | Qualcomm® Snapdragon™ 870 |
| --- | --- |
| | GPU : Qualcomm®Adreno ™GPU 650 |
| | Baseband chipset : Qualcomm SM8250-AC 7nm SnapDragon870 up to 3.2GHz |

Fig. 1

Source: https://ztedevices.com/en-us/zte-axon-30-specs/, Page 3, Last Accessed on Nov 15, 2021, Exhibit A

**Citation 2: Qualcomm Snapdragon 870 5G Modem-RF system**

## 5G Modem-RF System

- Snapdragon X55 5G Modem-RF System
- 5G mmWave and sub-6 GHz, standalone (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- mmWave: 800 MHz bandwidth, 8 carriers, 2x2 MIMO
- Sub-6 GHz: 200 MHz bandwidth, 4x4 MIMO
- Qualcomm® 5G PowerSave
- Qualcomm® Smart Transmit™ technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® Signal Boost adaptive antenna tuning
- Global 5G multi-SIM
- Downlink: Up to 7.5 Gbps
- Uplink: Up to 3 Gbps
- Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

Fig. 2

Source: https://www.qualcomm.com/media/documents/files/snapdragon-870-5g-mobile-platform-product-brief.pdf,

Page 2, Last Accessed on Nov 15, 2021, Exhibit F

Qualcomm Snapdragon 870 processor along with X55 RF modem functions on the 3GPP release 15 specifications of 5G technology. 3GPP 38.214 is a 5G based standard that specifies and establishes the characteristics of the physicals layer procedures of data channels for 5G-NR.

3

According to the 3GPP standard TS 38.214, the User Equipment (i.e., UE), such as ZTE Axon 30 (i.e., mobile station) reports (i.e., transmits) the channel state information (CSI) that comprises of channel quality indicator (i.e., channel quality information), in a 5G telecommunication network. Further, the CSI reporting is controlled by gNB (i.e., base station). See Fig. 3 & Fig. 4.

**Citation 3: UE reports CSI**

## 5.2       UE procedure for reporting channel state information (CSI)

### 5.2.1     Channel state information framework

The time and frequency resources that can be used by the UE to report CSI are controlled by the gNB. CSI may consist of Channel Quality Indicator (CQI), precoding matrix indicator (PMI), CSI-RS resource indicator (CRI), SS/PBCH Block Resource indicator (SSBRI), layer indicator (LI), rank indicator (RI) and/or L1-RSRP.

Fig. 3

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 32,

Last Accessed on Nov 15, 2021, 2021, Exhibit B

**Citation 4: gNB is 5G terminology for base station**

## 5G Terminology: The gNB

5G specifications are ongoing, so there are new acronyms to remember.
So after the BTS (Base Transceiver Station) in 2G, the NodeB in 3G, the eNB in 4G, here comes the gNB in 5G.

Fig. 4

Source: https://www.5g-networks.net/uncategorized/5g-terminology-the-gnb/, Page 1, Last Accessed on Nov 15,

2021, Exhibit C

| | |
|---|---|
| **1a.** varying a rate for reporting channel quality information from a mobile station to a base station as a function of the presence or absence of a reception of a data transmission at the mobile station, | The accused products practice a method that comprises, varying a rate for reporting channel quality information from a mobile station to a base station as a function of the presence or absence of a reception of a data transmission at the mobile station.<br><br>ZTE provides mobile devices, for example, ZTE Axon 30, that support 5G mobile network connectivity and 5G based standards such as 3GPP 38.214.<br><br>The UE (e.g., ZTE Axon 30) is configured with CSI-ReportConfig reporting settings to report CSI (i.e., CQI) to gNB in a particular periodicity and time slots. See Fig. 5.<br><br>**Citation 5: UE configured with CSI Reporting & Resource Settings**<br><br>For CQI, PMI, CRI, SSBRI, LI, RI, L1-RSRP, a UE is configured by higher layers with N≥1 *CSI-ReportConfig* Reporting Settings, M≥1 *CSI-ResourceConfig* Resource Settings, and one or two list(s) of trigger states (given by the higher layer parameters *aperiodicTriggerStateList* and *semiPersistentOnPUSCH-TriggerStateList*). Each trigger state in *aperiodicTriggerStateList* contains a list of associated *CSI-ReportConfigs* indicating the Resource Set IDs for channel and optionally for interference. Each trigger state in *semiPersistentOnPUSCH-TriggerStateList* contains one associated *CSI-ReportConfig*.<br><br>Fig. 5<br><br>Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33, Last Accessed on Nov 15, 2021, 2021, Exhibit B<br><br>The Reporting Settings enables the UE to configure the periodicity and time slots to adjust (i.e., vary) the transmission rate of the CSI reporting to the gNB.  The reporting timing can be set as aperiodic, periodic, *Semi-persistent.*  Based on the configured Reporting Settings, the UE will adjust (i.e., vary) the pattern of the CSIs transmission to the gNB.  See Fig. 6 and Fig. 7. |

**Citation 6: Various CSI Reporting settings**

### 5.2.1.1     Reporting settings

Each Reporting Setting *CSI-ReportConfig* is associated with a single downlink BWP (indicated by higher layer parameter *bwp-Id*) given in the associated *CSI-ResourceConfig* for channel measurement and contains the parameter(s) for one CSI reporting band:codebook configuration including codebook subset restriction, time-domain behavior, frequency granularity for CQI and PMI, measurement restriction configurations, and the CSI-related quantities to be reported by the UE such as the layer indicator (LI), L1-RSRP, CRI, and SSBRI (SSB Resource Indicator).

The time domain behavior of the *CSI-ReportConfig* is indicated by the higher layer parameter *reportConfigType* and can be set to 'aperiodic', 'semiPersistentOnPUCCH', 'semiPersistentOnPUSCH', or 'periodic'. For periodic and semiPersistentOnPUCCH/semiPersistentOnPUSCH CSI reporting, the configured periodicity and slot offset applies in the numerology of the UL BWP in which the CSI report is configured to be transmitted on. The higher layer parameter

Fig. 6

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33, Last Accessed on Nov 15, 2021, Exhibit B

**Citation 7: Resource settings**

### 5.2.1.2     Resource settings

Each CSI Resource Setting *CSI-ResourceConfig* contains a configuration of S≥1 CSI Resource Sets (given by higher layer parameter *csi-RS-ResourceSetList*), with each CSI Resource Set consisting of CSI-RS resources (comprised of either NZP CSI-RS or CSI-IM*)* and SS/PBCH Block resources used for L1-RSRP computation. Each CSI Resource Setting is located in the DL BWP identified by the higher layer parameter *bwp-id*, and all CSI Resource Settings linked to a CSI Report Setting have the same DL BWP.

The time domain behavior of the CSI-RS resources within a CSI Resource Setting are indicated by the higher layer parameter *resourceType* and can be set to aperiodic, periodic, or semi-persistent. For periodic and semi-persistent CSI

Fig. 7

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33, Last Accessed on Nov 15, 2021, Exhibit B

One of the configured reporting settings is Semi-persistent CSI reporting.  The semi-persistent CSI reporting is a combination of aperiodic and periodic reporting (i.e., Varying reporting rate).  Further, the configured semi-persistent CSI reporting settings are triggered by BWP command or trigger (i.e., a function of the presence or absence of reception of data transmission). BWP stands for Bandwidth Part, which a  contiguous set of physical resource blocks on a given carrier, and BWP has frequency and time as its attributes.

Because reporting channel quality information can be triggered, the rate for reporting channel quality information is being varied.  The triggering is based on the presence of an appropriate Downlink Control Information (DCI), which literally or under the doctrine of equivalents meets the limitation of the claim.  The appropriate DCI is literally or under the doctrine of equivalents the claimed data transmission. In the presence of DCI, channel quality information is triggered, i.e., reported.  In the absence of DCI, channel quality information is not triggered, i.e. not reported. See Fig. 8 to Fig. 10.

**Citation 8:  Semi-persistent CSI Reporting - Combination of Periodic and Aperiodic**

CSI Report Sequence Flow

How these configuration works can be illustrated as below. Periodic and Aperiodic method would be obvious as shown below. Semi-Persistent can be regarded as a kind of mix of Periodic and Aperiodic. The first cycle would be similar to aperiodic, but once the cycle is triggered the CSI RS transmission and CSI Report would happen periodically.

Fig. 8

Source: https://www.sharetechnote.com/html/5G/5G_CSI_Report.html, Page 10, Last Accessed on Nov 15, 2021, Exhibit D

**Citation 9: Bandwidth Part (BWP)**

A **Bandwidth Part** (BWP) is a contiguous set of physical resource blocks (PRBs) on a given carrier. These RBs are  selected from a contiguous subset of the common resource blocks for a given numerology (u). It is denoted by **BWP**. Each BWP defined for a numerology can have following three different parameters.

- Subcarrier spacing
- Symbol duration
- Cyclic prefix (CP) length



Fig. 9

Source: http://www.techplayon.com/5g-nr-bandwidth-part-bwp/, Page 1 Last Accessed on Nov 15, 2021, Exhibit E

| | |
|---|---|
| | **Citation 10: BWP Activation/Deactivation**<br><br>**BWP Activation/Deactivation and Switching**<br><br>According to 38.321-5.15 Bandwidth Part (BWP) operation, BWP selection (or BWP switching) can be done by several different ways as listed below.<br><br>• Dedicated RRC Signaling<br>• Over PDCCH channel Downlink control information (DCI)- DCI 0_1 (UL Grant) and DCI 1_0 (DL Scheduling)<br>• By bwp-inactivityTimer – ServingCellConfig.bwp-InactivityTimer<br>• By MAC CE (Control Element)<br><br>Fig. 10<br><br>Source: http://www.techplayon.com/5g-nr-bandwidth-part-bwp/, Page 1, Last Accessed on Nov 15, 2021, Exhibit E |
| **1b.** wherein the mobile station reports channel quality information at a first rate in the absence of a reception of a data transmission from the base station and, upon detection of a reception of a data transmission from the base station, the mobile station reports channel quality information at a second rate for a prescribed duration. | The accused products practice a method wherein the mobile station reports channel quality information at a first rate in the absence of a reception of a data transmission from the base station and, upon detection of a reception of a data transmission from the base station, the mobile station reports channel quality information at a second rate for a prescribed duration.<br><br>Fig. 11 to Fig. 14 show that the UE can be configured with semi-persistent CSI reporting based on BWP command or trigger. The UE configured with semi-persistent CSI reporting without any command or trigger from the network (i.e., absence of reception of data transmission from the base station), would be transmitting CSI report in an aperiodic manner (i.e., first rate). Once the BWP command or trigger is received from the network (i.e., upon detection of reception of data transmission from the base station), the UE transmits in a periodic manner (i.e., second rate) for a particular duration (i.e., prescribed duration). |

**Citation 11: CSI Reporting settings**

### 5.2.1.1     Reporting settings

Each Reporting Setting *CSI-ReportConfig* is associated with a single downlink BWP (indicated by higher layer parameter *bwp-Id*) given in the associated *CSI-ResourceConfig* for channel measurement and contains the parameter(s) for one CSI reporting band:codebook configuration including codebook subset restriction, time-domain behavior, frequency granularity for CQI and PMI, measurement restriction configurations, and the CSI-related quantities to be reported by the UE such as the layer indicator (LI), L1-RSRP, CRI, and SSBRI (SSB Resource Indicator).

The time domain behavior of the *CSI-ReportConfig* is indicated by the higher layer parameter *reportConfigType* and can be set to 'aperiodic', 'semiPersistentOnPUCCH', 'semiPersistentOnPUSCH', or 'periodic'. For periodic and semiPersistentOnPUCCH/semiPersistentOnPUSCH CSI reporting, the configured periodicity and slot offset applies in the numerology of the UL BWP in which the CSI report is configured to be transmitted on. The higher layer parameter

Fig. 11

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33,

Last Accessed on Nov 15, 2021, Exhibit B

**Citation 12: Resource settings**

### 5.2.1.2     Resource settings

Each CSI Resource Setting *CSI-ResourceConfig* contains a configuration of S≥1 CSI Resource Sets (given by higher layer parameter *csi-RS-ResourceSetList*), with each CSI Resource Set consisting of CSI-RS resources (comprised of either NZP CSI-RS or CSI-IM*)* and SS/PBCH Block resources used for L1-RSRP computation. Each CSI Resource Setting is located in the DL BWP identified by the higher layer parameter *bwp-id*, and all CSI Resource Settings linked to a CSI Report Setting have the same DL BWP.

The time domain behavior of the CSI-RS resources within a CSI Resource Setting are indicated by the higher layer parameter *resourceType* and can be set to aperiodic, periodic, or semi-persistent. For periodic and semi-persistent CSI

Fig. 12

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33,

Last Accessed on Nov 15, 2021, Exhibit B

**Citation 13:  Semi-persistent CSI Reporting - First Rate and Second Rate**

**CSI Report Sequence Flow**

How these configuration works can be illustrated as below. Periodic and Aperiodic method would be obvious as shown below. Semi-Persistent can be regarded as a kind of mix of Periodic and Aperiodic. The first cycle would be similar to aperiodic, but once the cycle is triggered the CSI RS transmission and CSI Report would happen periodically.

Fig. 13

Source: https://www.sharetechnote.com/html/5G/5G_CSI_Report.html, Page 10,  Last Accessed on Nov 15, 2021,

Exhibit D

**Citation 14:  Semi-persistent CSI reporting - command/trigger**

**Table 5.2.1.4-1: Triggering/Activation of CSI Reporting for the possible CSI-RS Configurations.**

| CSI-RS Configuration | Periodic CSI Reporting | Semi-Persistent CSI Reporting | Aperiodic CSI Reporting |
|---|---|---|---|
| Periodic CSI-RS | No dynamic triggering/activation | For reporting on PUCCH, the UE receives an activation command [10, TS 38.321]; for reporting on PUSCH, the UE receives triggering on DCI | Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1. |
| Semi-Persistent CSI-RS | Not Supported | For reporting on PUCCH, the UE receives an activation command [10, TS 38.321]; for reporting on PUSCH, the UE receives triggering on DCI | Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1. |
| Aperiodic CSI-RS | Not Supported | Not Supported | Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1. |

Fig. 14

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 34,

Last Accessed on Nov 15, 2021, Exhibit B

| | |
|---|---|
| **4.** The method according to claim 1, wherein the second rate is faster than the first rate. | The accused products practice a method wherein the second rate is faster than the first rate. |
| | The UE configured with semi-persistent CSI reporting without any command or trigger from the network would be transmitting CSI report in an aperiodic manner (i.e., first rate). Once the BWP command or trigger is received from the network, it starts transmitting in a periodic manner (i.e., second rate) for a particular duration. |
| | As an example, the time taken by UE to transmit the CSI report in a periodic manner is less as compared to aperiodic CSI reporting. As the time taken in case of periodic CSI reporting is lesser than aperiodic CSI reporting, it implies that the rate of periodic CSI reporting (i.e., second rate) is faster than aperiodic CSI reporting rate (i.e., first rate). See Fig. 15. |

**Citation 15: CSI Reporting rate in periodic and aperiodic manner**



Fig. 15

Source: https://www.sharetechnote.com/html/5G/5G_CSI_Report.html, Page 10,  Last Accessed on Nov 15, 2021,

Exhibit D

*Refer to supporting evidence of Claim 1.*

| | |
|---|---|
| **8.** The method according to claim 1, wherein the channel quality information comprises a transmission rate calculated by the mobile station based on one or more channel conditions. | The accused products practice a method wherein the channel quality information comprises a transmission rate calculated by the mobile station based on one or more channel conditions.<br><br>*Refer to supporting evidence of Claim 1.* |
| **9Pre.** A method for adapting the rate of reporting channel quality information in a wireless communication system including at least one base station and at least one mobile station, the method comprising: | The accused products practice a method for adapting the rate of reporting channel quality information in a wireless communication system including at least one base station and at least one mobile station.<br><br>ZTE provides mobile devices that support 5G mobile network connectivity.<br><br>For example, ZTE Axon 30 series comprises of 5G supported Qualcomm Snapdragon 870 processor along with the Qualcomm Snapdragon X55 5G Modem-RF system for transmission of signals (i.e., Channel Quality Information), as shown in Fig. 16 and Fig. 17.<br><br>**Citation 16: ZTE Axon 30 chipset Specifications**<br><br>**Chipset**   Qualcomm® Snapdragon™ 870<br>GPU : Qualcomm®Adreno ™GPU 650<br>Baseband chipset : Qualcomm SM8250-AC 7nm SnapDragon870 up to 3.2GHz<br><br>Fig. 16<br>Source: https://ztedevices.com/en-us/zte-axon-30-specs/, Page 3, Last Accessed on Nov 15, 2021, Exhibit A |

**Citation 17: Qualcomm Snapdragon 870 5G Modem-RF Specifications**

## 5G Modem-RF System

- Snapdragon X55 5G Modem-RF System
- 5G mmWave and sub-6 GHz, standalone (SA) and non-standalone (NSA) modes, FDD, TDD
- Dynamic Spectrum Sharing
- mmWave: 800 MHz bandwidth, 8 carriers, 2x2 MIMO
- Sub-6 GHz: 200 MHz bandwidth, 4x4 MIMO
- Qualcomm® 5G PowerSave
- Qualcomm® Smart Transmit™ technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® Signal Boost adaptive antenna tuning
- Global 5G multi-SIM
- Downlink: Up to 7.5 Gbps
- Uplink: Up to 3 Gbps
- Multimode support: 5G NR, LTE including CBRS, WCDMA, HSPA, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

Fig. 17

Source: https://www.qualcomm.com/media/documents/files/snapdragon-870-5g-mobile-platform-product-brief.pdf,

Page 2,  Last Accessed on Nov 15, 2021, Exhibit F

Qualcomm Snapdragon 870 processor along with X55 RF modem functions on the 3GPP release 15 specifications of 5G technology. In specific, the 3GPP 38.214 is a 5G based standard that specifies and establishes the characteristics of the physicals layer procedures of data channels for 5G-NR.

According to the 3GPP standard TS 38.214, the User Equipment (i.e., UE), such as ZTE Axon 30 (i.e., mobile station) reports (i.e., transmits) the channel state information (CSI) that comprises of channel quality indicator (i.e., channel quality information), in a 5G telecommunication network. Further, the CSI reporting is controlled by gNB (i.e., base station). See Fig. 18 & Fig. 19.

**Citation 18: UE reports CSI**

5.2        UE procedure for reporting channel state information (CSI)

5.2.1      Channel state information framework

The time and frequency resources that can be used by the UE to report CSI are controlled by the gNB. CSI may consist of Channel Quality Indicator (CQI), precoding matrix indicator (PMI), CSI-RS resource indicator (CRI), SS/PBCH Block Resource indicator (SSBRI), layer indicator (LI), rank indicator (RI) and/or L1-RSRP.

Fig. 18

Source: https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 32, Last Accessed on Nov 15, 2021, Exhibit B

**Citation 19: gNB is 5G terminology for base station**

5G Terminology: The gNB

5G specifications are ongoing, so there are new acronyms to remember.
So after the BTS (Base Transceiver Station) in 2G, the NodeB in 3G, the eNB in 4G, here comes the gNB in 5G.

Fig. 19

Source: https://www.5g-networks.net/uncategorized/5g-terminology-the-gnb/, Page 1,  Last Accessed on Nov 15, 2021, Exhibit C

The UE (e.g., ZTE Axon 30) is configured with CSI-ReportConfig reporting settings to report CSI (i.e., CQI) to gNB in a particular periodicity and time slots. See Fig. 20.

**Citation 20: UE configured with CSI Reporting & Resource Settings**

For CQI, PMI, CRI, SSBRI, LI, RI, L1-RSRP, a UE is configured by higher layers with N≥1 *CSI-ReportConfig* Reporting Settings, M≥1 *CSI-ResourceConfig* Resource Settings, and one or two list(s) of trigger states (given by the higher layer parameters *aperiodicTriggerStateList* and *semiPersistentOnPUSCH-TriggerStateList*). Each trigger state in *aperiodicTriggerStateList* contains a list of associated *CSI-ReportConfigs* indicating the Resource Set IDs for channel and optionally for interference. Each trigger state in *semiPersistentOnPUSCH-TriggerStateList* contains one associated *CSI-ReportConfig*.

Fig. 20

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33, Last Accessed on Nov 15, 2021, Exhibit B

The Reporting Settings enables the UE to configure the periodicity and time slots to adjust (i.e., vary) the transmission rate of the CSI reporting to the gNB. The reporting timing can be set as aperiodic, periodic, *Semi-persistent.* Based on the configured Reporting Settings, the UE will adjust (i.e., vary) the pattern of the CSIs transmission to the gNB. See Fig. 21 and Fig. 22.

**Citation 21: Various CSI Reporting settings**

### 5.2.1.1    Reporting settings

Each Reporting Setting *CSI-ReportConfig* is associated with a single downlink BWP (indicated by higher layer parameter *bwp-Id*) given in the associated *CSI-ResourceConfig* for channel measurement and contains the parameter(s) for one CSI reporting band:codebook configuration including codebook subset restriction, time-domain behavior, frequency granularity for CQI and PMI, measurement restriction configurations, and the CSI-related quantities to be reported by the UE such as the layer indicator (LI), L1-RSRP, CRI, and SSBRI (SSB Resource Indicator).

The time domain behavior of the *CSI-ReportConfig* is indicated by the higher layer parameter *reportConfigType* and can be set to 'aperiodic', 'semiPersistentOnPUCCH', 'semiPersistentOnPUSCH', or 'periodic'. For periodic and semiPersistentOnPUCCH/semiPersistentOnPUSCH CSI reporting, the configured periodicity and slot offset applies in the numerology of the UL BWP in which the CSI report is configured to be transmitted on. The higher layer parameter

Fig. 21

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33,

Last Accessed on Nov 15, 2021, Exhibit B


**Citation 22: Resource settings**

### 5.2.1.2    Resource settings

Each CSI Resource Setting *CSI-ResourceConfig* contains a configuration of S≥1 CSI Resource Sets (given by higher layer parameter *csi-RS-ResourceSetList*), with each CSI Resource Set consisting of CSI-RS resources (comprised of either NZP CSI-RS or CSI-IM*)* and SS/PBCH Block resources used for L1-RSRP computation. Each CSI Resource Setting is located in the DL BWP identified by the higher layer parameter *bwp-id*, and all CSI Resource Settings linked to a CSI Report Setting have the same DL BWP.

The time domain behavior of the CSI-RS resources within a CSI Resource Setting are indicated by the higher layer parameter *resourceType* and can be set to aperiodic, periodic, or semi-persistent. For periodic and semi-persistent CSI

Fig. 22

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33,

Last Accessed on Nov 15, 2021, Exhibit B

| | |
|---|---|
| **9a.** reporting channel quality information from the at least one mobile station to the at least one base station at a first rate in the absence of a reception of a data transmission at the at least one mobile station; and | The accused products practice a method comprising reporting channel quality information from the at least one mobile station to the at least one base station at a first rate in the absence of a reception of a data transmission at the at least one mobile station.<br><br>One of the configured reporting settings is Semi-persistent CSI reporting. The semi-persistent CSI reporting is a combination of aperiodic and periodic reporting (i.e., Varying reporting rate). Further, the configured semi-persistent CSI reporting settings are triggered by BWP command or trigger (i.e., a function of the presence or absence of reception of data transmission). BWP stands for Bandwidth Part, which a contiguous set of physical resource blocks on a given carrier, and BWP has frequency and time as its attributes. See Fig. 23 to Fig. 27.<br><br><div align="center">**Citation 23: Various CSI Reporting settings**</div><br>5.2.1.1    Reporting settings<br><br>Each Reporting Setting *CSI-ReportConfig* is associated with a single downlink BWP (indicated by higher layer parameter *bwp-Id*) given in the associated *CSI-ResourceConfig* for channel measurement and contains the parameter(s) for one CSI reporting band:codebook configuration including codebook subset restriction, time-domain behavior, frequency granularity for CQI and PMI, measurement restriction configurations, and the CSI-related quantities to be reported by the UE such as the layer indicator (LI), L1-RSRP, CRI, and SSBRI (SSB Resource Indicator).<br><br>The time domain behavior of the *CSI-ReportConfig* is indicated by the higher layer parameter *reportConfigType* and can be set to 'aperiodic', 'semiPersistentOnPUCCH', 'semiPersistentOnPUSCH', or 'periodic'. For periodic and semiPersistentOnPUCCH/semiPersistentOnPUSCH CSI reporting, the configured periodicity and slot offset applies in the numerology of the UL BWP in which the CSI report is configured to be transmitted on. The higher layer parameter<br><br><div align="center">Fig. 23</div><div align="center">Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33,</div><div align="center">Last Accessed on Nov 15, 2021, Exhibit B</div> |

**Citation 24: Resource settings**

5.2.1.2    Resource settings

Each CSI Resource Setting *CSI-ResourceConfig* contains a configuration of S≥1 CSI Resource Sets (given by higher layer parameter *csi-RS-ResourceSetList*), with each CSI Resource Set consisting of CSI-RS resources (comprised of either NZP CSI-RS or CSI-IM*)* and SS/PBCH Block resources used for L1-RSRP computation. Each CSI Resource Setting is located in the DL BWP identified by the higher layer parameter *bwp-id*, and all CSI Resource Settings linked to a CSI Report Setting have the same DL BWP.

The time domain behavior of the CSI-RS resources within a CSI Resource Setting are indicated by the higher layer parameter *resourceType* and can be set to aperiodic, periodic, or semi-persistent. For periodic and semi-persistent CSI

Fig. 24

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33,

Last Accessed on Nov 15, 2021, Exhibit B


**Citation 25:  Semi-persistent CSI Reporting- Combination of Periodic and Aperiodic**

**CSI Report Sequence Flow**

How these configuration works can be illustrated as below. Periodic and Aperiodic method would be obvious as shown below. Semi-Persistent can be regarded as a kind of mix of Periodic and Aperiodic. The first cycle would be similar to aperiodic, but once the cycle is triggered the CSI RS transmission and CSI Report would happen periodically.

Fig. 25

Source: https://www.sharetechnote.com/html/5G/5G_CSI_Report.html, Page 10,  Last Accessed on Nov 15, 2021,

Exhibit D

**Citation 26: Bandwidth Part (BWP)**

A **Bandwidth Part** (BWP) is a contiguous set of physical resource blocks (PRBs) on a given carrier. These RBs are  selected from a contiguous subset of the common resource blocks for a given numerology (u). It is denoted by **BWP**. Each BWP defined for a numerology can have following three different parameters.

- Subcarrier spacing
- Symbol duration
- Cyclic prefix (CP) length



Fig. 26

Source: http://www.techplayon.com/5g-nr-bandwidth-part-bwp/, Page 1, Last Accessed on Nov 15, 2021, Exhibit E

**Citation 27: BWP Activation/Deactivation**

**BWP Activation/Deactivation and Switching**

According to 38.321-5.15 Bandwidth Part (BWP) operation, BWP selection (or BWP switching) can be done by several different ways as listed below.

- Dedicated RRC Signaling
- Over PDCCH channel Downlink control information (DCI)- DCI 0_1 (UL Grant) and DCI 1_0 (DL Scheduling)
- By bwp-inactivityTimer – ServingCellConfig.bwp-InactivityTimer
- By MAC CE (Control Element)

Fig. 27

Source: http://www.techplayon.com/5g-nr-bandwidth-part-bwp/, Page 1,  Last Accessed on Nov 15, 2021, Exhibit E

As shown in Fig. 23, Fig. 25, and Fig. 28, the UE can be configured with semi-persistent CSI reporting based on BWP command or trigger. The UE configured with semi-persistent CSI reporting without any command or trigger from the network (i.e., absence of reception of data transmission from the base station), would be transmitting CSI report in an aperiodic manner (i.e., first rate). Once the BWP command or trigger is received from the network (i.e., upon detection of reception of data transmission from the base station), the UE transmits in a periodic manner (i.e., second rate) for a particular duration.

| | **Citation 28:  Semi-persistent CSI reporting - command/trigger** |
| --- | --- |
| | **Table 5.2.1.4-1: Triggering/Activation of CSI Reporting for the possible CSI-RS Configurations.** |

| CSI-RS Configuration | Periodic CSI Reporting | Semi-Persistent CSI Reporting | Aperiodic CSI Reporting |
| --- | --- | --- | --- |
| Periodic CSI-RS | No dynamic triggering/activation | For reporting on PUCCH, the UE receives an activation command [10, TS 38.321]; for reporting on PUSCH, the UE receives triggering on DCI | Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1. |
| Semi-Persistent CSI-RS | Not Supported | For reporting on PUCCH, the UE receives an activation command [10, TS 38.321]; for reporting on PUSCH, the UE receives triggering on DCI | Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1. |
| Aperiodic CSI-RS | Not Supported | Not Supported | Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1. |

Fig. 28

Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 34,

Last Accessed on Nov 15, 2021, Exhibit B

| **9b.**  in the presence of a reception of a data transmission at the at least one mobile station, adapting the rate for reporting channel quality information from the at least one mobile station to the at least one base | The accused products practice a method comprising in the presence of a reception of a data transmission at the at least one mobile station, adapting the rate for reporting channel quality information from the at least one mobile station to the at least one base station from the first rate to a second rate for a prescribed duration.<br><br>Fig. 29 to Fig. 31 show that the UE can be configured with semi-persistent CSI reporting based on BWP command or trigger.  The UE configured with semi-persistent CSI reporting without any command or trigger from the network (i.e., absence of reception of data transmission from the base station), would be transmitting CSI report in an aperiodic manner (i.e., first rate). Once the BWP command or trigger is received from the network (i.e., upon detection of reception of |

| station from the first rate to a second rate for a prescribed duration. | data transmission from the base station), the UE transmits in a periodic manner (i.e., second rate) for a particular duration (i.e., prescribed duration).<br><br>**Citation 29: Various CSI Reporting settings**<br><br>5.2.1.1      Reporting settings<br><br>Each Reporting Setting *CSI-ReportConfig* is associated with a single downlink BWP (indicated by higher layer parameter *bwp-Id*) given in the associated *CSI-ResourceConfig* for channel measurement and contains the parameter(s) for one CSI reporting band:codebook configuration including codebook subset restriction, time-domain behavior, frequency granularity for CQI and PMI, measurement restriction configurations, and the CSI-related quantities to be reported by the UE such as the layer indicator (LI), L1-RSRP, CRI, and SSBRI (SSB Resource Indicator).<br><br>The time domain behavior of the *CSI-ReportConfig* is indicated by the higher layer parameter *reportConfigType* and can be set to 'aperiodic', 'semiPersistentOnPUCCH', 'semiPersistentOnPUSCH', or 'periodic'. For periodic and semiPersistentOnPUCCH/semiPersistentOnPUSCH CSI reporting, the configured periodicity and slot offset applies in the numerology of the UL BWP in which the CSI report is configured to be transmitted on. The higher layer parameter<br><br>Fig. 29<br><br>Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 33,<br><br>Last Accessed on Nov 15, 2021, Exhibit B<br><br><br>**Citation 30:  Semi-persistent CSI Reporting - First Rate and Second Rate**<br><br>**CSI Report Sequence Flow**<br><br>How these configuration works can be illustrated as below. Periodic and Aperiodic method would be obvious as shown below. Semi-Persistent can be regarded as a kind of mix of Periodic and Aperiodic. The first cycle would be similar to aperiodic, but once the cycle is triggered the CSI RS transmission and CSI Report would happen periodically.<br><br>Fig. 30<br><br>Source: https://www.sharetechnote.com/html/5G/5G_CSI_Report.html, Page 10, Last Accessed on Nov 15, 2021,<br><br>Exhibit D |

| | |
|---|---|
| | **Citation 31:  Semi-persistent CSI reporting - command/trigger**<br><br>**Table 5.2.1.4-1: Triggering/Activation of CSI Reporting for the possible CSI-RS Configurations.**<br><br><table><tr><th>CSI-RS Configuration</th><th>Periodic CSI Reporting</th><th>Semi-Persistent CSI Reporting</th><th>Aperiodic CSI Reporting</th></tr><tr><td>Periodic CSI-RS</td><td>No dynamic triggering/activation</td><td>For reporting on PUCCH, the UE receives an activation command [10, TS 38.321]; for reporting on PUSCH, the UE receives triggering on DCI</td><td>Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1.</td></tr><tr><td>Semi-Persistent CSI-RS</td><td>Not Supported</td><td>For reporting on PUCCH, the UE receives an activation command [10, TS 38.321]; for reporting on PUSCH, the UE receives triggering on DCI</td><td>Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1.</td></tr><tr><td>Aperiodic CSI-RS</td><td>Not Supported</td><td>Not Supported</td><td>Triggered by DCI; additionally, activation command [10, TS 38.321] possible as defined in Subclause 5.2.1.5.1.</td></tr></table><br>Fig. 31<br><br>Source:https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf, Page 34,<br><br>Last Accessed on Nov 15, 2021, Exhibit B |
| **10.** The method according to claim 9, wherein the second rate is faster than the first rate. | The accused products practice a method wherein the second rate is faster than the first rate.<br><br>*Refer to supporting evidence of claim element 4.* |

**References Cited**

| Exhibit(s) | Description | Link |
|---|---|---|
| Exhibit A | ZTE Axon 30 Product Specifications | https://ztedevices.com/en-us/zte-axon-30-specs/ |
| Exhibit B | 3GPP TS 38.214 version 15.2.0 Release 15 | https://www.etsi.org/deliver/etsi_ts/138200_138299/138214/15.02.00_60/ts_138214v150200p.pdf |
| Exhibit C | 5G Terminology | https://www.5g-networks.net/uncategorized/5g-terminology-the-gnb/ |
| Exhibit D | Semi-persistent CSI Reporting | https://www.sharetechnote.com/html/5G/5G_CSI_Report.htm |
| Exhibit E | Bandwidth Part (BWP) | http://www.techplayon.com/5g-nr-bandwidth-part-bwp/ |
| Exhibit F | Product Part(Full Description) | https://www.qualcomm.com/media/documents/files/snapdragon-870-5g-mobile-platform-product-brief.pdf |